| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
|   | MAURICE A. LEITER (State Bar No. 123732) |
| 2 | maury.leiter@aporter.com |
|   | 777 South Figueroa Street, 44th Floor |
| 3 | Los Angeles, California 90017-5844 |
|   | Telephone: +1 213.243.4000 |
| 4 | Facsimile: +1 213.243.4199 |
| 5 | ARNOLD & PORTER LLP |
|   | MICHAEL J. BAKER (State Bar No. 56492) |
| 6 | michael.baker@aporter.com |
|   | SHARON D. MAYO (State Bar No. 150469) |
| 7 | sharon.mayo@aporter.com |
|   | JEREMY M. MCLAUGHLIN (State Bar No. 258644) |
| 8 | jeremy.mclaughlin@aporter.com |
|   | Three Embarcadero Center, 7th Floor |
| 9 | San Francisco, California 94111-4024 |
|   | Telephone: +1 415.471.3100 |
| 10 | Facsimile: +1 415.471.3400 |
| 11 | *Attorneys for Bristol-Myers Squibb Co.,* |
|    | *Sanofi-Aventis U.S. LLC, Sanofi US* |
| 12 | *Services Inc., and Sanofi-Synthelabo Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RAVY VANNY *et al.*, | ) | **Case No. CV-12-5752 SI** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **[PROPOSED ORDER] GRANTING** |
| | ) | **APPLICATION FOR ADMISSION OF** |
| BRISTOL-MYERS SQUIBB COMPANY, | ) | **ATTORNEY PRO HAC VICE** |
| SANOFI-AVENTIS U.S. LLC., SANOFI- | ) | |
| AVENTIS U.S., INC., SANOFI- | ) | |
| SYNTHELABO, INC., MCKESSON | ) | |
| CORPORATION, and DOES 1 to 100, | ) | |
| | ) | |
| Defendants. | ) | |

---

[PROPOSED ORDER] GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Steven G. Reade, whose business address and telephone number is Arnold & Porter LLP, 555 Twelfth Street, NW, Washington, DC 20004, 202-942-5000, and who is an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. (f/k/a Sanofi-Aventis U.S. Inc.), and Sanofi-Synthelabo Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in Local Rule 5-1, Electronic Case Filing.

Dated: 3/26/13

By: _____
Honorable Judge Susan Illston
United States District Judge

- 1 -

[PROPOSED ORDER] GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE